UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY KIMBLE

VERSUS

MAYOR-PRESIDENT CITY OF
BATON ROUGE, ET AL

CIVIL ACTION

NO. 07-303-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 14, 2007 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous and for failure to state a claim upon which relief can be granted.

Baton Rouge, Louisiana, this 14th day of December, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE